BRIAN P. KETCHAM, ESQ.<br>
52 DUANE STREET, 7TH FLOOR<br>
NEW YORK, NEW YORK 10007<br>
(212) 518.6380<br>
WWW.KETCHAMPLLC.COM

June 18, 2024

**VIA ECF & EMAIL**

Hon. James L. Cott
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Keith Taylor*, 24-mj-2130

Dear Judge Cott:

I am counsel for defendant Keith Taylor. Mr. Taylor appeared before Magistrate Judge Cave on June 11, 2024 for presentment on the Complaint filed in this case. At the presentment, the Court directed that Mr. Taylor's bond be co-signed by one financially responsible person on or before June 18, 2024 and that Mr. Taylor be removed as a signatory on bank accounts associated with a non-profit organization described in the Complaint. I write to request that Mr. Taylor be granted additional time to this Friday, June 21, 2024, to satisfy these directives because the individual who intended to co-sign the bond can no longer do so, and because additional time is needed to ensure that the bank accounts either have another person with signature authority or are closed.

I have conferred with counsel for the United States and the government consents to this request.

                Respectfully submitted,

                /s/Brian P. Ketcham
                Brian P. Ketcham

Cc: AUSAs Rebecca Delfiner and Eli Mark (via ECF and email)

**The request is granted. SO ORDERED.**

Dated: June 17, 2024
   New York, NY

                _____
                JAMES L. COTT
                United States Magistrate Judge